IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONNIE BROWN, III
ADC #110945                                                                                          PETITIONER

5:10CV00097JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

Petitioner's Motion for Declaratory Judgment (DE #12) is denied.

IT IS SO ORDERED this 24th day of May, 2010.

_____
United States Magistrate Judge