**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TONNIE BROWN, III,                                                                                                    PETITIONER
ADC #110945

v.                                      No. 5:10CV00097 JLH-JTK

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction                                                                       RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 27th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE