**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TONNIE BROWN, III,                                                                                    PETITIONER
ADC #110945

v.                                         No. 5:10CV00097 JLH-JTK

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction                                                           RESPONDENT

**FINAL JUDGMENT**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 27th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE